Tony Zalenski *v.* Jarka Corporation of Philadelphia, Appellant.

Argued October 3, 1929.

Before PORTER, P. J., TREXLER, KELLER, LINN, GAW-THROP, CUNNINGHAM and BALDRIGE, JJ.

110

*J. Manning,* of *Acker, Manning & Brown,* for appellant.

*J. Webster Jones,* and with him *Ralph N. Kellam,* for American Mutual Liability Insurance Company, intervening appellee.

*Robert E. Erwin,* for appellee.

PER CURIAM, October 7, 1929:
This appeal is from a judgment for the claimant in a Workmen's Compensation case; the judgment is affirmed on the opinion of President Judge FINLETTER.